# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| United States of America<br>v.<br>CHRISTIAN JEREMIAH CASTRO<br>*Defendant* | ) | Case No. 7:26mj3103<br><br>Charging District's Case No. CR-26-152 |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)* District of Minnesota

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/4/26

C. J. Castro
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

ROLANDO CANTU
*Printed name of defendant's attorney*

David A Lindeman