Case 7:26-mj-03103 Document 13-1 Filed 09/08/26 in TXSD Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**

September 09, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 7:26-mj-03103** |
| | § | |
| **CHRISTIAN JEREMIAH CASTRO** | § | |

**ORDER**

On this 8th day of September, 2026, came on to be considered the foregoing Defendant's MOTION TO MODIFY CONDITIONS OF RELEASE FOR LIMITED PURPOSE, the Court having heard and considered said motion is of the opinion that said Motion should be:

_____ ~~Denied~~

X Granted

IT IS ORDERED that the defendant's conditions of release be modified as follows:

Curfew is temporarily lifted to allow travel to Houston, Texas, as requested, for September 11-12, 2026. Defendant is further ordered to follow any and all instructions provided by U.S. Probation Department pertaining to said travel.

. Defendant is ORDERED to follow all other conditions of release as set out on September 4, 2026

SIGNED AND ENTERED this 8th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE